UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Sheakeina McCloud,<br><br>        Plaintiff,<br><br>vs.<br><br>Publix Supermarkets, Inc., Publix Asset Management Company, Inc.,<br><br>        Defendants. | CASE NO.:  9:22-cv-3231-BHH<br><br>**NOTICE TO PLAINTIFF OF REMOVAL OF STATE COURT ACTION** |

      Pursuant to 28 U.S.C. § 1446(d), Defendant Publix Super Markets, Inc., Store 0845, incorrectly identified as "Publix Supermarkets, Inc., Publix Asset Management Company, Inc.," by and through its undersigned attorneys, gives notice to Plaintiff Sheakeina McCloud, that Defendant has filed in the United States District Court for the District of South Carolina, Beaufort Division, the Notice of Removal in accordance with 28 U.S.C. §§ 1332 and 1441. Defendant also gives notice that it has filed the Notice to State Court of Filing Notice of Removal in the Court of Common Pleas of Beaufort County, State of South Carolina. Defendant's filing of these Notices with the Clerks of the federal and state courts shall effect the removal of this action and the State Court may proceed no further unless and until this case is remanded.

      This 21st day of September, 2022.

                                                  Respectfully submitted,

                                                  COPELAND, STAIR, VALZ & LOVELL, LLP

                                                  By:    *s/Lee C. Weatherly*

| | |
|---|---|
| 40 Calhoun Street, Suite 400<br>Charleston, South Carolina 29401-3531<br>lweatherly@csvl.law<br>kbrown@csvl.law<br>Ph: 843-727-0307 | LEE C. WEATHERLY<br>Federal Bar No.: 9389<br>KIERRA N. BROWN<br>Federal Bar No.: 12717<br>***Attorneys for Defendant*** |